UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:17-cr-00110-SNLJ |
| | ) | |
| ROBERT QUENTEN WOODS, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This case is before the Court on defendant's *pro se* motion to clarify this Court's determination at sentencing that defendant was "an organizer, leader, manager or supervisor of others in the offense," under USSG § 3B1.1.  [Doc. 187].  Paragraph 18 of the presentence report, [Doc. 85], stated that Woods "is most culpable as he oversaw the distribution of methamphetamine and arranged for the sales of methamphetamine. . . ." Likewise, paragraph 28 of the report stated that Woods was an "organizer, leader, manager or supervisor."  There was no objection to these findings.  At the sentencing hearing, this Court expressly adopted all of the findings set out in the presentence report. *See* Sentencing Transcript [Doc. 127, p. 3, l. 5-8].  To the extent defendant requests other relief, the motion to clarify is **DENIED**.

**SO ORDERED** this 15th day of July, 2026.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE